<u>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *     CASE NO. 22-cr-096 |
| | * |
| WILLIAM GOODMAN | * |
| | * * * * * * * * * |

<u>**MOTION TO ENTER APPEARANCE**</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Howard J. Walsh III, Esq. hereby moves this Honorable Court to enter his appearance on behalf of the Defendant William Goodman in the above captioned case.

Respectfully submitted,

*H. J. Walsh III*
Howard J. Walsh III, Esq.  #486193
7101 Wisconsin Ave Suite 1200
Bethesda, MD 20814
HWalshesq@gmail.com
240-277-6477

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 6th day of April 2022, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*H. J. Walsh III*
Howard J. Walsh III, Esq.