UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 22-CR-096-CKK |
| | : | |
| WILLIAM GOODMAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION TO REDACT**

COMES NOW Defendant, William Goodman, through undersigned counsel, Howard J. Walsh III, and moves this Honorable Court to order those portions of the transcript from Mr. Goodman's sentencing on May 14th, 2024 that reference Mr. Goodman's physical issues or any medical treatment or diagnosis be redacted.

Respectfully submitted,

*H. J. Walsh III*
Howard J. Walsh III, Esq. #486193
7101 Wisconsin Ave, #1200
Bethesda, MD 20814
240-277-6477
Hwalshesq@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 29the day of May 2024 which will send an electronic notification of such filing to all counsel of record.

*H. J. Walsh III*
Howard J. Walsh III, Esq

1